UNITED STATES of America

v.

**William J. COLMAN and Phyllis E. Colman.**

**No. 6993.**

United States Court of Appeals
Tenth Circuit.
April 20, 1962.

William T. Thurman, U. S. Atty., and Gerald R. Miller, Asst. U. S. Atty., Salt Lake City, Utah, for appellant.

Ned Warnock and A. M. Ferro, Salt Lake City, Utah, for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Notice of appeal withdrawn by appellant and cause dismissed April 20, 1962.

**Ned WOOD**

v.

**UNITED STATES of America.**

**No. 6994.**

United States Court of Appeals
Tenth Circuit.
April 2, 1962.

John B. Ogden, Oklahoma City, Okl., for appellant.

Jack Parr, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before MURRAH, Chief Judge, and PICKETT and HILL, Circuit Judges.

PER CURIAM.

Bail reduced on April 2, 1962.